Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

NA LAN                                              9189-0
nl@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

EDWARD F. RAMOS
eramos@kktplaw.com
(pro hac vice motion forthcoming)
JOHN P. PRATT
jpratt@kktplaw.com
(pro hac vice motion forthcoming)
KURZBAN KURZBAN TETZELI & PRATT, P.A.
131 Madeira Avenue
Coral Gables, Florida 33134
Telephone: (305) 444-0060
Facsimile: (305) 444-3503

*Attorneys for Petitioner*

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Chunming Wang,<br><br>    Petitioner,<br><br>v.<br><br>Estela Derr, Warden, Federal Detention Center, Honolulu, Hawaii; Polly Kaiser, Acting Field Office Director, San Francisco Field Office, Immigration and Customs Enforcement; Pam Bondi, Attorney General of the United States; Kristi Noem, Secretary of Homeland Security, in their official capacities,<br><br>    Respondents. | **PETITIONER'S APPLICATION FOR ORDER TO SHOW CAUSE**<br><br>**Case No: 25-cv-231** |

1. Pursuant to 28 U.S.C. § 2243, Petitioner respectfully requests that this Court "forthwith" issue an order directing Respondents to show cause why the petition for a writ of habeas corpus filed by Petitioner pursuant to 28 U.S.C. § 2241 should not be granted.

2. Petitioner challenges the Government's unlawful subjection of Petitioner to mandatory detention based on its legally erroneous decision to subject him to expedited removal proceedings. *See* Petition for Writ of Habeas Corpus, ECF No. 1.

3. The federal habeas corpus statute provides that "[a] court, justice or judge entering a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

4. Section 2243 further provides that the writ or order to show cause "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed."

5. Section 2243 further provides that the court shall hold a hearing on the writ or order to show cause "not more than five days after the return unless for good cause additional time is allowed."

6. In addition, Section 2243 states that the court "shall summarily hear and determine the facts, and dispose of the matter as law and justice require."

7. Pursuant to Section 2243, Petitioner requests that the Court immediately issue an Order to Show Cause directing Respondents to file a return within three days of the Court's order, showing cause, if any, why the writ of habeas corpus should not be granted, and to provide Petitioner an opportunity to file a reply within two days after Respondents file the return.

8. Giving Respondents additional time to respond is inappropriate in this case because Petitioner faces irreparable harm. Petitioner is a 76-year-old man with

numerous serious medical conditions whose severity may well be aggravated by continued detention. Additionally, Respondents' actions are flatly inconsistent with the plain terms of the Immigration and Nationality Act, as the expedited removal framework does not apply to Mr. Wang—the father of a U.S. citizen who has been residing in the United States for over six years while he waited for the Government to adjudicate his application for adjustment of status.

Dated: June 2, 2025                                   Respectfully submitted,

/s/ Na Lan
NA LAN
DAMON KEY LEONG KUPCHAK HASTERT
nl@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

EDWARD F. RAMOS
eramos@kktplaw.com
(pro hac vice motion forthcoming)
JOHN P. PRATT
jpratt@kktplaw.com
(pro hac vice motion forthcoming)
KURZBAN KURZBAN TETZELI & PRATT, P.A.
131 Madeira Avenue
Coral Gables, Florida 33134
Telephone: (305) 444-0060
Facsimile: (305) 444-3503

*Attorneys for Petitioner*