IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHUNMING WANG,<br><br>Petitioner,<br><br>v.<br><br>ESTELA DERR, et al.<br><br>Respondents. | CIV. NO. 25-00231 JMS-RT<br><br>ORDER OF RECUSAL |

## ORDER OF RECUSAL

The court hereby recuses itself on its own motion from any and all proceedings in the above-captioned matter. This case is referred to the Clerk's Office for reassignment to a different District Judge.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 3, 2025.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge