

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*
*300 Ala Moana Blvd., Room 6-100*
*Honolulu, Hawaii 96850*

*(808)541-2850*
*FAX (808) 541-3752*

June 20, 2025

**VIA EMAIL**

Honorable Jill A. Otake
United States Magistrate Judge
300 Ala Moana Boulevard
Honolulu, HI 96850

    Re:    *Chunming Wang v. Estela Derr, et al.*
            Case No. CV25-00231 JAO-RT

Dear Judge Otake:

    I am writing with regard to Petitioner's counsel's letter dated June 19, 2025 (ECF No. 30). Please note that we have no objections to the content of the June 19, 2025 letter.

    I will also keep the Court and Petitioner updated on the status of Petitioner's parole application with ICE.

//

//

//

//

//

Honorable Jill A. Otake
June 20, 2025
Page 2

Thank you for your attention to this matter.

                      Respectfully submitted,

                      KENNETH M. SORENSON
                      Acting United States Attorney
                      District of Hawaii

                      /s/ Edric M. Ching
          By_____
                      EDRIC M. CHING
                      Assistant U.S. Attorney

Cc: Na Lan, Esq. (Nl@hawaiilawyer.Com)
    Edward F. Ramos. Esq. (Eramos@kktplaw.Com)
    John P. Pratt, Esq. (Jpratt@kktplaw.Com)