

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*
*300 Ala Moana Blvd., Room 6-100*
*Honolulu, Hawaii 96850*

*(808)541-2850*
*FAX (808) 541-3752*

June 24, 2025

**VIA EMAIL**

Honorable Jill A. Otake
United States Magistrate Judge
300 Ala Moana Boulevard
Honolulu, HI 96850

      Re:    *Chunming Wang v. Estela Derr, et al.*
                  Case No. CV25-00231 JAO-RT

    Dear Judge Otake:

    The parties are sending a joint letter to inform the Court that ICE has denied Petitioner's request for parole.   Please note that Petitioner's counsel was informed of this decision on the evening of June 20, 2025.   Counsel held a meet and confer on June 23, 2025, and decided to submit this joint letter.

    Petitioner's counsel wishes to inform the Court that after his hearing before the immigration court on June 18, 2025, Petitioner was transferred to the Special Housing Unit, where his ability to contact counsel is substantially curtailed. Furthermore, although the Immigration Judge has signaled a willingness to engage the question of Petitioner's classification as an "arriving alien" (*see generally* ECF No. 30), Petitioner urges the Court to rule on the issue—particularly in light of Respondents' failure to defend the merits of the "arriving alien" designation in its response to the amended habeas petition before this Court (*See* ECF No. 28 at 1 n.1), as well as the recent change in Petitioner's detention conditions and its potential impact on Petitioner's health and well-being.  Respondent does not agree with the arguments made by Petitioner in this paragraph.

Honorable Jill A. Otake
June 24, 2025
Page 2


       Thank you for your attention to this matter.

Respectfully submitted,

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii


/s/ Edric M. Ching
By_____
EDRIC M. CHING
Assistant U.S. Attorney


EMC:htr
cc: Na Lan, Esq. (Nl@hawaiilawyer.Com)
    Edward F. Ramos Esq. (Eramos@kktplaw.Com)
    John P. Pratt, Esq. (Jpratt@kktplaw.Com)
    Togtokhbayar Ganzory (togtokhbayar@ice.dhs.gov)