# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:25-cv-00231-JAO-RT |
| CASE NAME: | Chunming Wang v. Estela Derr et al. |
| ATTY'S FOR PETITIONER: | *Edward F. Ramos<br>Na Lan |
| ATTY FOR RESPONDENT: | Edric Ming-Kai Ching |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Beth Krupa |
| DATE: | 6/27/2025 | TIME: | 10:30am-11:40am |

COURT ACTION:  EP:  Hearing on [2] Petitioner's Application for Order to Show Cause and [13] Amended Petition for Writ of Habeas Corpus was held.

Edward F. Ramos, Esq. present by Video Teleconference ("VTC").

Oral arguments heard.

[2] Petitioner's Application for Order to Show Cause and [13] Amended Petition for Writ of Habeas Corpus - TAKEN UNDER ADVISEMENT.

Court to issue an EO by the end of the day setting briefing, page limits as well as briefing deadlines.

Status Conference is SET for 7/3/2025 at 10:00 AM in Aha Kanawai before JUDGE JILL A. OTAKE.

Submitted by: Carla Cortez, Courtroom Manager